**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HYUNDAI MOTOR AMERICA**,

    Plaintiff,

v.                                     Case No.: 6:10-cv-1657-ORL-22KRS

**AVERA MOTORS INC.**,

    Defendant.
_____/

**DEFENDANT AVERA MOTORS INC.'S
<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

    ____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                              _____
                              _____
                              _____
                              _____

  <u> X </u> IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

2

| | |
|---|---|
| Date:   December 20, 2010 | Respectfully submitted, |

|  |  |
|---|---|
|  | /s/ Casey G. Reeder |
| Dickerson M. Downing | William C. Guerrant, Jr. (Fla. Bar No. 516058) |
| ddowning@crowell.com | wguerrant@hwhlaw.com |
| Julia K. Smith | Casey G. Reeder (Fla. Bar No. 0041986) |
| jksmith@crowell.com | creeder@hwhlaw.com |
| CROWELL & MORING, LLP | HILL, WARD & HENDERSON, P.A. |
| 590 Madison Avenue, 20th Floor | 101 E. Kennedy Blvd., Suite 3700 |
| New York, NY 10022-2524 | Tampa, FL 33602 |
| Phone: (212) 895-4512 | Phone: (813) 221-3900 |
| Fax:    (212) 895-4201 | Fax:    (813) 221-2900 |

*Attorneys for Defendant Avera Motors Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Casey G. Reeder